McGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
KATHERINE E. UNDERWOOD
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-134-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS COUNT TWO OF |
| v. | ) | THE INFORMATION AND ORDER |
| | ) | |
| JOSE LOUIS SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Count Two of the Information for the above-named defendant.

///
///
///
///
///
///
///

1  The defendant appeared in court on July 11, 2005 and plead
2 guilty to Count One, Driving When Privilege Suspended or Revoked
3 for Driving Under the Influence.  In exchange for the defendant's
4 plea of guilty to Count One, the Government moves to dismiss Count
5 Two, Driving Without a License.
6 DATED: July <u>11</u>, 2005.

                                    McGregor W. Scott
                                    United States Attorney


                                    By: /s/ Thomas E. Flynn
                                        THOMAS E. FLYNN
                                        Assistant U.S. Attorney

IT IS SO ORDERED:
DATED: July 12, 2005.


                            _____
                            UNITED STATES MAGISTRATE JUDGE